IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LESLIE CONTROLS, INC., | Case No. 10-12199 (CSS) |
| Debtor.[1] | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR FIRST DAY HEARING ON JULY 13, 2010 AT 10:00 A.M. (ET)

**RELATED MATTERS**

1. Voluntary Petition of Leslie Controls, Inc. [Docket No. 1]

2. Declaration of G. Wayne Day in Support of Chapter 11 Petition and First-Day Pleadings [Docket No. 3]

**MATTERS GOING FORWARD**

3. Motion of the Debtor for Entry of an Order Authorizing the Retention and Employment of Epiq Bankruptcy Solutions, LLC as Claims, Noticing, and Balloting Agent [Docket No. 4]

   Status: This matter is going forward.

4. Motion of the Debtor for Entry of Order Authorizing (I) the Debtor to File a List of the Fifty-Six Largest Asbestos Plaintiff Firms, (II) the Debtor to List Addresses of Counsel for Asbestos Claimants in Creditor Matrix, in Lieu of Claimants' Addresses and (III) Certain Notice Procedures for Asbestos Claimants [Docket No. 5]

   Status: This matter is going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.

5.  Motion of the Debtor for an Order (I) Authorizing Continued Use of Existing Cash Management System, (II) Authorizing Continued Use of Existing Bank Accounts and Business Forms, (III) Authorizing the Continuation of Certain Intercompany Transactions, (IV) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (V) Granting Administrative Expense Status to Postpetition Intercompany Transactions [Docket No. 6]

    Status: This matter is going forward.

6.  Motion of the Debtor for an Order (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, Commissions and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Contractors and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for which Prepetition Payroll and Tax Deductions were Made; (E) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtor's Payroll Accounts to Make the Foregoing Payments [Docket No. 7]

    Status: This matter is going forward.

7.  Motion of the Debtor for an Order Authorizing the Debtor to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Docket No. 8]

    Status: This matter is going forward.

8.  Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and (II) Authorizing Banks to Honor Related Checks and Electronic Transfers [Docket No. 9]

    Status: This matter is going forward.

9.  Motion of the Debtor for an Order Authorizing the Payment of Prepetition Claims of Shippers, Customs Brokers and Other Lien Claimants [Docket No. 10]

    Status: This matter is going forward.

10. Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II)

Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 11]

Status: This matter is going forward.

11. Motion of the Debtor for an Order Authorizing the Payment of Prepetition Claims of Certain (I) Critical Vendors and (II) Administrative Claimholders [Docket No. 12]

   Status: This matter is going forward.

12. Motion of the Debtor for Entry of Interim and Final Orders, Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363 And 364, (I) Approving a Postpetition Credit Agreement, (II) Authorizing Use of Cash Collateral, (III) Granting Superpriority Claims and Liens to Postpetition Lender, (IV) Granting Adequate Protection to Prepetition Lender, and (V) Scheduling a Final Hearing [Docket No. 13]

   Status: This matter is going forward.

## ADVERSARY PROCEEDING (NO. 10-51394)

13. Debtor's Emergency Motion for an Order Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code and Bankruptcy Rule 7065 Confirming Application of the Automatic Stay and Granting a Preliminary Injunction and a Temporary Restraining Order [Adv. Pro. Docket No. 3]

Related Documents

   A) Complaint for Declaratory and Injunctive Relief [Adv. Pro. Docket No. 1]

   B) Declaration of Alan J. Glass in Support of Complaint for Declaratory and Injunctive Relief and Motion for Temporary Restraining Order and Preliminary Injunction Staying All Asbestos-Related Claims Against Affiliated Entities [Adv. Pro. Docket No. 4]

   C) Memorandum of Law in Support of Debtor's Motion for an Order Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code and Bankruptcy Rule 7065 Confirming Application of the Automatic Stay and Granting a Preliminary Injunction and a Temporary Restraining Order [Adv. Pro. Docket No. 5]

Status: The Debtor's Emergency Motion seeking a temporary restraining order is going forward.

Dated: July 12, 2010
Wilmington, Delaware

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and-

G. David Dean
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 230-0667

Proposed Counsel for the Debtor and
Debtor in Possession