UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Leslie Controls, Inc. | : | Case No. 10-12199 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Charley Louis Brown**, c/o Brayton Purcell, LLP, Attn: Alan R. Brayton, Esq., 222 Rush Landing Rd., Novato, CA 94948, Phone: 415-898-1555, Fax: 415-898-1247

2. **Beverly Lindenmayer**, c/o Kazan McClain Lyons Greenwood & Harley, Attn: Steven Kazan, Esq., 171 12th St., 3rd Floor, Oakland, CA 94607, Phone: 510-302-1000, Fax: 510-835-4913

3. **John Wheeler Estep, Jr.**, c/o Motley Rice LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464, Phone: 843-216-9000, Fax: 843-216-9430

4. **Mary A. Mayo**, c/o Waters & Kraus, LLP, 3219 McKinney Ave., Dallas, TX 75204, Phone: 214-357-6244, Fax: 214-357-7252

5. **Terri L. Wells, Executrix to the Estate of Murray Wells**, c/o Early Ludwick Sweeney & Strauss, Attn: Christopher Meisenkothen, Esq., 265 Church St., Ste. 1100, New Haven, CT 06510, Phone: 203-777-7799, Fax: 203-785-1671

6. **Rosario Gallo**, c/o Belluck & Fox, LLP, Attn: Brian T. FitzPatrick, Esq., 546 Fifth Ave., 4th Floor, New York, NY 10036, Phone: 212-681-1575, Fax: 212-681-1574

7. **Paul B. Stack**, c/o Weitz & Luxenberg, P.C., 700 Broadway, New York, NY 10003, Phone: 212-558-5600, Fax: 212-344-5461

8. **Paul McKenzie**, c/o Bergman Draper & Frockt, Attn: Glenn Draper, Esq., 614 1st Ave., 3rd Floor, Seattle, WA 98104, Phone: 206-957-9510, Fax: 206-957-9549

9. **Patsy Chaffee, Special Administrator of Robert Chafee**, c/o Cooney & Conway, Attn: John D. Cooney, Esq., 120 N. LaSalle St., Ste. 3000, Chicago, IL 60602, Phone: 312-236-6166, Fax: 312-236-3029

                                            ROBERTA A. DEANGELIS
                                            United States Trustee, Region 3

                                            /s/ David M. Klauder for
                                            WILLIAM K. HARRINGTON
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: July 23, 2010

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Marion M. Quirk, Esquire, Phone: (302) 652-3131, Fax: (302) 652-3117