# **EXHIBIT B**

[Form of Interim Fee Application Request]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LESLIE CONTROLS, INC., | : |
| | : Case No. 10-12199 (CSS) |
| Debtor.[1] | : |
| | : |

## NOTICE OF INTERIM FEE APPLICATION REQUEST

Name of Applicant: _____

Authorized to Provide Professional
Services to: _____

Date of Retention: _____

Period for which compensation and
reimbursement is sought: _____

Amount of Compensation sought as actual,
reasonable and necessary:          $_____

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:          $_____

This is (a)n: ____ interim ____ final
application

Summary of Fee Applications for
Compensation Period:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | | | | | |
| | | | | | |

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.

Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

46392/0001-6912485v2