# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LESLIE CONTROLS, INC., | Case No. 10-12199 (CSS) |
| Debtor.[1] | Related Docket No. 80 |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. AS BANKRUPTCY COUNSEL FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

Upon the Application[2] of the above-captioned Debtor pursuant to sections 327(a), 329, and 1107 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 for entry of an order authorizing the employment and retention of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz") as bankruptcy counsel for the Debtor, *nunc pro tunc* to the Petition Date; and upon consideration of the Application and all pleadings related thereto, including the Pernick Affidavit; and the Court finding that (a) notice of the Application was due and proper under the circumstances; and (b) it appearing that Cole Schotz neither holds nor represents any interest adverse to the Debtor's estate; and it further appearing that Cole Schotz is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code; and the legal and factual bases set forth in the Application and the Pernick Affidavit establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate and creditors; and after due deliberation, and good and sufficient cause appearing therefor,

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

46392/0001-6263656v2

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Debtor is authorized to retain and employ Cole Schotz as its bankruptcy counsel in this Chapter 11 case, pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1, on the terms set forth in the Application and the Pernick Affidavit, *nunc pro tunc* to the Petition Date.

3. Cole Schotz shall be entitled to allowance of compensation for services rendered, and reimbursement expenses incurred, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders or procedures of this Court. Such allowed compensation and expenses shall first be applied from the Retainer, and to the extent applicable, any amounts owed to Cole Schotz shall then be paid directly by the Debtor.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August 9, 2010
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

2