# APPENDIX B

## HISTORICAL FINANCIAL INFORMATION FOR LESLIE

**Historical Financial Statements**

Leslie Controls
Historical Balance Sheets
(Unaudited)

| | As of December 31, | | | | As of June 30, |
|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 |
| **Assets** | | | | | |
| Current Assets: | | | | | |
| Cash & Cash Equivalents | $ (96) | $ (170) | $ (110) | $ (215) | $ 71 |
| Accounts Receivable, Net | 7,757 | 7,074 | 4,832 | 3,972 | 3,973 |
| Inventory | 10,898 | 9,500 | 10,459 | 15,591 | 18,813 |
| Prepaid Expenses | (162) | 11,885 | 24 | 85 | 1,007 |
| Insurance Receivable, Asbestos | - | - | 6,081 | 4,614 | 2,605 |
| Total Current Assets | 18,397 | 28,289 | 21,286 | 24,047 | 26,469 |
| Intercompany Transactions | (2,387) | (629) | 38 | (5,701) | (14,661) |
| Property, Plant & Equipment, Net | 6,303 | 7,555 | 8,910 | 9,062 | 8,617 |
| Non-current Asbestos Ins Rec | - | - | 4,684 | - | - |
| Goodwill | 9,547 | 9,547 | - | - | - |
| Other Assets | 107 | 96 | 88 | 76 | 76 |
| Total Assets | $ 31,967 | $ 44,858 | $ 35,006 | $ 27,484 | $ 20,501 |
| | | | | | |
| **Liabilities & Equity** | | | | | |
| Current Liabilities: | | | | | |
| Accounts Payable | $ 2,154 | $ 2,589 | $ 1,565 | $ 1,831 | $ 1,090 |
| Customer Deposits | 2 | - | 377 | 1,137 | 2,797 |
| Asbestos Liability | - | 14,489 | 9,310 | 12,476 | 8,584 |
| Accrued Expenses | 1,113 | 2,894 | 1,237 | 995 | 666 |
| Income Tax Payable | - | (917) | 29 | - | - |
| Current Portion Ind Rev Bond | - | - | - | 4,760 | - |
| Total Current Liabilities | 3,269 | 19,055 | 12,518 | 21,199 | 13,137 |
| Long-Term Debt | 110 | 110 | 110 | - | - |
| Long-Term Ind Rev Bond | 4,760 | 4,760 | 4,760 | - | - |
| Long-Term Asbestos Liability | - | 370 | 9,935 | 47,785 | 49,469 |
| Total Liabilities | 8,139 | 24,295 | 27,323 | 68,984 | 62,606 |
| APIC | 24,068 | 24,068 | 24,068 | 24,068 | 24,068 |
| Retained Earnings | (240) | (3,505) | (16,385) | (65,568) | (66,173) |
| Total Liabilities & Equity | $ 31,967 | $ 44,858 | $ 35,006 | $ 27,484 | $ 20,501 |

### Historical Financial Statements

Leslie Controls
Historical Income Statement
(Unaudited)

| | Year Ended December 31, | | | | Six Mo Ended |
|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **06/30/10** |
| Revenue | $ 38,532 | $ 41,255 | $ 38,178 | $ 35,262 | $ 17,599 |
| Cost of Revenue | 26,527 | 28,540 | 25,862 | 23,004 | 12,015 |
| Gross Margin | 12,005 | 12,715 | 12,316 | 12,258 | 5,584 |
| Less: Expenses | | | | | |
| Commissions | 1,441 | 1,331 | 1,366 | 1,104 | 547 |
| Operating Expenses | 7,160 | 7,546 | 7,241 | 7,977 | 4,278 |
| Goodwill Impairment | - | - | 9,547 | - | - |
| Interest Expense | 223 | 243 | 189 | 107 | 47 |
| Interest (Income) | (4) | (8) | (1) | (120) | (11) |
| Other Income | - | - | - | - | (15) |
| Asbestos Settlements & Defense | 1,335 | 7,533 | 8,379 | 54,079 | 2,216 |
| Intercom Interest | 553 | - | - | 44 | 291 |
| Intercom Mgmt Fee | 2,194 | 1,210 | 472 | (1,722) | - |
| Pre-Tax Loss | (897) | (5,140) | (14,877) | (49,211) | (1,769) |
| Income Tax Recovery | 341 | 1,875 | 1,997 | - | - |
| Net Loss | $ (556) | $ (3,265) | $ (12,880) | $ (49,211) | $ (1,769) |

# APPENDIX C

## REORGANIZED LESLIE'S PROJECTIONS

## Projections Analysis

*Note Regarding Forward-Looking Statements*

Some matters discussed herein contain forward-looking statements that are subject to certain risks, uncertainties or assumptions and may be affected by certain other factors which may impact future results and financial condition. In some cases, you can identify forward-looking statements by terminology such as "may," "should," "expects," "plans," "projected," "anticipates," "believes," "estimated," "predicts," "potential," or "continues," or the negative of these terms or other comparable terminology. In addition, except for historical facts, the "Projections Analysis" provided in Appendix C herein, and the "Certain Factors To Be Considered" provided in Article X of the Disclosure Statement, should be considered forward-looking statements. Should one or more of these risks, uncertainties or other factors materialize, or should underlying assumptions prove incorrect, actual results, performance or achievements of Reorganized Leslie may vary materially from any future results, performance or achievements expressed or implied by such forward-looking statements.

Forward-looking statements are based on beliefs and assumptions of Leslie's management and on information currently available to such management. Forward-looking statements speak only as of the date they are made, and Leslie undertakes no obligation to update publicly any of them in light of new information or future events. Undue reliance should not be placed on such forward-looking statements, which are based on current expectations. Forward-looking statements are not guarantees of performance.

*Introduction to the Projections Analysis*

As a condition to confirmation of the Plan, the Bankruptcy Code requires, among other things, that the Bankruptcy Court determine that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of Reorganized Leslie. In connection with the development of the Plan, and for purposes of determining whether the Plan satisfies this "feasibility" requirement of section 1129(a)(11) of the Bankruptcy Code, Leslie's management has analyzed the ability of Reorganized Leslie to meet its obligations under the Plan while retaining sufficient liquidity and capital resources to conduct its business after the Effective Date. As part of such analysis, Leslie's management developed and prepared certain projections (the "Projections") of Reorganized Leslie's operating profit, cash flow, and certain other items for the 5 years following the Effective Date of the Plan.

The Projections should be read in conjunction with Section XI of the Disclosure Statement, entitled "Certain Factors to be Considered," and with the assumptions, qualifications and footnotes to the Projections set forth herein, and with the historical consolidated financial information attached as Annex 1 hereto.

**The Projections were not prepared with a view toward compliance with the guidelines established by the American Institute of Certified Public Accountants, the practices recognized to be in accordance with generally accepted accounting principles, or the rules and regulations of the Securities And Exchange Commission regarding projections. Furthermore, the Projections have not been audited by an independent accountant.**

Leslie does not, as a matter of course, publish projections of its anticipated financial position, results of operations or cash flows. Accordingly, Leslie does not intend, and disclaims any obligation to, (a) furnish updated projections to holders of claims or shareholder interest prior to or after the Effective Date, (b) include such updated information in any document that may be required to be filed with the Securities and Exchange Commission, or (c) otherwise make such updated information publicly available.

*Principal Assumptions*

**The Projections are based on, and assume the successful implementation of, the Plan. The Projections have been prepared exclusively by Leslie's management. The Projections, while presented with numerical specificity, are necessarily based on a variety of estimates and assumptions that, though considered reasonable by management at the time made, may prove not to be accurate, and are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond Leslie's control. Leslie cannot make any representations as to Reorganized Leslie's ability to achieve the results set forth in the Projections. Some assumptions on which the Projections are based may not materialize, and events and circumstances occurring subsequent to the date on which the Projections were prepared may be different from those assumed or anticipated, and may materially and adversely impact Reorganized Leslie's future financial performance. The Projections, therefore cannot be relied upon as a guarantee or other assurance of Reorganized Leslie's actual future financial performance.**

Leslie Controls
Pro Forma Balance Sheet as of Emergence
(Unaudited)
($ in millions)

| | Pro Forma As of Emergence 11/1/2010 |
|---|---|
| Assets | |
| Current Assets: | |
| Cash & Cash Equivalents | $ 200 |
| Accounts Receivable, Net | 4,903 |
| Inventory | 14,119 |
| Prepaid Expenses | 100 |
| Insurance Receivable | 0 |
| Total Current Assets | 19,322 |
| Property, Plant & Equipment, Net | 8,396 |
| Insurance Receivable - Non-Current | 0 |
| Other Assets | 90 |
| Total Assets | $ 27,808 |
| | |
| Liabilities & Equity | |
| Current Liabilities: | |
| Accounts Payable | $ 1,800 |
| Accrued Expenses | 2,270 |
| Income Tax Payable | 1,714 |
| Intercompany, Secured | 10,153 |
| Intercompany, Unsecured | 100 |
| Total Current Liabilities | 16,037 |
| Accrued Expenses for Contingencies Non - Current | 0 |
| APIC | 24,068 |
| Retained Earnings | (12,297) |
| Total Liabilities & Equity | $ 27,808 |

Leslie Controls
Projected Income Statement
(Unaudited)
($ in millions)

| | Projected Year Ending December 31, | | | | |
|---|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2013** | **2014** |
| Revenue | $ 43,386 | $ 45,508 | $ 35,910 | $ 37,102 | $ 38,335 |
| Cost of Revenue | 27,125 | 28,382 | 23,591 | 24,255 | 24,941 |
| Gross Margin | 16,261 | 17,126 | 12,319 | 12,847 | 13,394 |
| Less: Expenses | | | | | |
| Commissions | 1,111 | 1,131 | 1,169 | 1,208 | 1,248 |
| Selling Expenses | 2,929 | 3,374 | 3,037 | 3,128 | 3,222 |
| G&A | 2,966 | 2,205 | 2,271 | 2,338 | 2,408 |
| R&D | 1,470 | 1,350 | 1,080 | 1,112 | 1,146 |
| Engineering | 679 | 393 | 353 | 364 | 375 |
| Internal NonRecurring-Other | 1,099 | - | - | - | - |
| Group Allocation In | 832 | 831 | 665 | 685 | 705 |
| Corporate Allocation In | 832 | 934 | 747 | 770 | 793 |
| Operating Income | 4,343 | 6,908 | 2,997 | 3,242 | 3,497 |
| Asbestos Bankruptcy | 4,512 | - | - | - | - |
| Asbestos Settlements & Defense | 2,272 | - | - | - | - |
| Interco Interest | 194 | - | - | - | - |
| Pre-Tax (Loss) Income | (2,635) | 6,908 | 2,997 | 3,242 | 3,497 |
| Income Tax Expense | - | 2,625 | 1,139 | 1,232 | 1,329 |
| Net (Loss) Income | $ (2,635) | $ 4,283 | $ 1,858 | $ 2,010 | $ 2,168 |

Leslie Controls
Projected Balance Sheets
(Unaudited)
($ in millions)

| | As of December 31, | | | | |
|---|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2013** | **2014** |
| **Assets** | | | | | |
| **Current Assets:** | | | | | |
| Cash & Cash Equivalents | $ 1,150 | $ 7,999 | $ 11,116 | $ 12,912 | $ 14,752 |
| Accounts Receivable, Net | 4,604 | 6,158 | 4,859 | 5,021 | 5,188 |
| Inventory | 13,799 | 10,614 | 8,688 | 8,801 | 9,051 |
| Prepaid Expenses | 100 | 100 | 100 | 100 | 100 |
| Total Current Assets | 19,653 | 24,871 | 24,763 | 26,834 | 29,091 |
| Property, Plant & Equipment, Net | 8,343 | 8,483 | 8,571 | 8,660 | 8,755 |
| Other Assets | 90 | 76 | 76 | 76 | 76 |
| Total Assets | $ 28,086 | $ 33,430 | $ 33,410 | $ 35,570 | $ 37,922 |
| | | | | | |
| **Liabilities & Equity** | | | | | |
| **Current Liabilities:** | | | | | |
| Accounts Payable | $ 1,800 | $ 3,379 | $ 2,987 | $ 3,044 | $ 3,131 |
| Customer Deposits | 1,137 | 1,137 | 1,137 | 1,137 | 1,137 |
| Accrued Expenses | 1,839 | 995 | 995 | 995 | 995 |
| Intercompany | 10,253 | 10,253 | 10,253 | 10,253 | 10,253 |
| Income Tax Payable | 2,299 | 2,625 | 1,139 | 1,232 | 1,329 |
| Total Current Liabilities | 17,328 | 18,389 | 16,511 | 16,661 | 16,845 |
| | | | | | |
| APIC | 24,068 | 24,068 | 24,068 | 24,068 | 24,068 |
| Retained Earnings | (13,310) | (9,027) | (7,169) | (5,159) | (2,991) |
| Total Liabilities & Equity | $ 28,086 | $ 33,430 | $ 33,410 | $ 35,570 | $ 37,922 |

Leslie Controls
Projected Cash Flow Statements
(Unaudited)
($ in millions)

|  | As of December 31, | | | | |
|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Net Income | $ (2,635) | $ 4,283 | $ 1,858 | $ 2,010 | $ 2,168 |
| Add Back Depreciation | 1,149 | 1,512 | 1,512 | 1,511 | 1,505 |
| Change in Working Capital: | | | | | |
| (Increase) Decrease in Current Assets | 1,131 | 1,645 | 3,225 | (275) | (417) |
| Increase (Decrease) in Current Liabilities | 6,910 | 1,061 | (1,878) | 150 | 184 |
| Cash Flow from Operations | 6,555 | 8,501 | 4,717 | 3,396 | 3,440 |
| Capital Expenditures | (430) | (1,652) | (1,600) | (1,600) | (1,600) |
| Payment of Ind Rev Bond | (4,760) | - | - | - | - |
| Increase (Decrease) in Cash Flow | 1,365 | 6,849 | 3,117 | 1,796 | 1,840 |
| Cash, beginning of year | (215) | 1,150 | 7,999 | 11,116 | 12,912 |
| Cash, end of year | $ 1,150 | $ 7,999 | $ 11,116 | $ 12,912 | $ 14,752 |

*Principal Operating and Financials Assumptions – Pro Forma Balance Sheet as of Emergence*

We have assumed that Leslie will emerge from a chapter 11 bankruptcy on November 1, 2010.

- **Cash.** Reorganized Leslie will be $200 at emergence.

- **Accounts Receivable, Net.** Calculated utilizing projected revenue and assuming 49.4 days outstanding.

- **Inventory.** Calculated utilizing projected cost of revenue and estimated days in inventory. Management assumed 76 to 80 days in inventory for raw materials, 27 days outstanding for work in process and 30 days in inventory for finished goods.

- **Prepaid Expenses.** Include $100 for prepaid maintenance agreements.

- **Insurance Receivable - Current.** No value post emergence. Any amount in the insurance receivable account will be contributed to Asbestos PI Trust.

- **Property, Plant & Equipment, Net.** Management anticipates annual capital expenditures of $1,600. In addition, depreciation expense is estimated to be between $1,505 and $1,512 for years 2011 through 2014.

- **Insurance Receivable Non - Current.** No value post emergence. Any amount in the insurance receivable account will be contributed to Asbestos PI Trust.

- **Other Assets.** Include various deposits.

- **Accounts Payable.** Calculated utilizing projected cost of revenue and estimated payment terms of approximately 47 days.

- **Accrued Expenses.** Assumed to remain constant during the projection period.

- **Income Tax Payable.** Calculated utilizing a blended rate of 38% of pre-taxable income.

- **Accrued Expenses for Contingencies (Asbestos PI Claims) – Current.** Will be eliminated in connection with the Plan and assumed by the Asbestos PI Trust.

- **Accrued Expenses for Contingencies (Asbestos PI Claims) Non – Current.** Will be eliminated in connection with the Plan and assumed by the Asbestos PI Trust.

*Principal Operating and Financial Assumptions – Income Statement*

- **Revenue.** Management projects that sales will increase 3% per annum with the exception of it's Aeroflow products which is anticipated to be 5% per year. The Navy contract for the butterfly flow valve expires in 2011 and is not forecasted to be renewed or replaced. This accounts for the decline in sales from 2011 to 2012.

- **Gross Margin.** Management has anticipated a gross profit percentage between 34.3% and 37.6% of revenue for plan years 2011 to 2014.

- **Expenses.** Components of expenses as a percentage of sales include commissions (3.3%), selling expenses (8.5%), general and administrative (6.3%), research and development (3.0%), engineering expense (1.0%), group allocation (1.9%), and corporate allocation (2.0%).

- **Income Tax Expense.** The projected income statement reflects a blended tax rate of 38%.

## APPENDIX D

## LESLIE'S LIQUIDATION ANALYSIS

## I.  Introduction and Reservations

In connection with the Plan and Disclosure Statement, the following hypothetical liquidation analysis ("Liquidation Analysis") has been prepared by Leslie Controls, Inc.'s ("Debtor") management with the assistance of the Debtor's advisors.  This Liquidation Analysis should be read in conjunction with the Plan and the Disclosure Statement.   Terms utilized in the Liquidation Analysis have the same definition as that in the Plan and Disclosure Statement.

The Liquidation Analysis was developed utilizing the Debtor's balance sheet as of June 30, 2010 and represents the Debtor's current estimates for asset recovery, assuming a chapter 7 liquidation occurs with no material changes to asset values between the date of the balance sheet used in the Liquidation Analysis and the date of a hypothetical chapter 7 liquidation.  While the Debtor would expect certain additional claims to be incurred between June 30, 2010 and the date of a hypothetical liquidation (which have not been reflected herein), the ultimate inclusion of such additional claims is not expected to change the result of the Liquidation Analysis in any material form or fashion.

The Liquidation Analysis is premised upon a number of estimates and assumptions that, although developed and considered reasonable by the Debtor, are inherently subject to significant business, economic and competitive uncertainties beyond the control of the Debtor, and upon assumptions which could be subject to change.  Accordingly, there can be no assurance that the values reflected in the Liquidation Analysis would be realized if the Debtor were, in fact, to undergo such liquidation.  In addition, any liquidation, ultimately undertaken would take place under future circumstances that cannot be predicted with certainty.  Accordingly, although the analysis that follows is necessarily presented with numerical specificity, if the Debtor's estate and related insurance policy coverage were in fact liquidated as described herein, the actual liquidation proceeds could vary significantly from the amounts set forth in the Liquidation Analysis.  Such actual liquidation proceeds could be materially different from the amounts set forth in the Liquidation Analysis, and no representation or warranty can be or is being made with respect to the actual proceeds that would be generated in the liquidation of the Debtor and its relevant insurance coverage under chapter 7 of the Bankruptcy Code.  The liquidation valuations have been prepared solely for purposes of estimating the proceeds available in chapter 7 and do not represent values that may be appropriate for any other purpose.  Nothing contained in these valuations is intended as or constitutes a concession or admission for any purpose other than the presentation of a hypothetical liquidation analysis.

*General Notes to the Debtor Liquidation Analysis*

- The Liquidation Analysis assumes the Debtor enters chapter 7 liquidation and that the Bankruptcy Court would appoint a chapter 7 trustee to oversee the liquidation of the Debtor's estate and insurance coverage, the proceeds of which will be used to pay claims. Should multiple chapter 7 trustees be appointed to administer the Debtor's estate and insurance coverage, lower recoveries and higher administrative costs could result and distributions to holders of claims against the Debtor could be delayed.

- The Liquidation Analysis assumes the Debtor's liquidation takes place with a balance sheet not materially different from the one as of June 30, 2010, and with claims on insurance coverage not materially impacted by the chapter 7 liquidation. The timing, costs, and amount of payments received in connection with the liquidation of the Debtor's assets and insurance coverage could vary substantially from what is estimated in the Liquidation Analysis and recoveries to claims could be materially impacted. Proceeds from assets sold and insurance coverage recoveries, net of liquidation-related costs, would be distributed to holders of claims.

- Unless otherwise stated herein, the book values of the Debtor's assets and liabilities used in the Liquidation Analysis are the un-audited net book values of the Debtor as of June 30, 2010 and are assumed to be the proxy for the Debtor's assets and liabilities during the Liquidation Analysis.

- The aggregate amount of insurance coverage available to satisfy Asbestos Claims is unliquidated, and in the event of potential chapter 7 liquidation, the amount ultimately collectible under such unliquidated insurance coverage policies is unknown. As such, the Liquidation Analysis has been developed using a range of possible recoveries for such insurance coverage. Even assuming that the full face amount of asbestos insurance coverage is recovered, confirmation of the Plan will provide creditors with a recovery that is greater than creditors would receive pursuant to a liquidation of the Debtor under chapter 7 of the Bankruptcy Code.

**Hypothetical Liquidation Analysis for Leslie Controls**
**(UNAUDITED)**
**($ in millions)**

Estimated Value is based on Debtor's June 30, 2010 Unaudited Balance Sheet Data and calculations of the Excess Insurance Estimate

| Notes | Assets | Estimated Value | Low | | | High | |
|---|---|---|---|---|---|---|---|
| | | | Estimated Recovery Value | Estimated Recovery Rate | | Estimated Recovery Value | Estimated Recovery Rate |
| A | Cash & Cash Equivalents | $ 71 | $71 | 100.0% | | $71 | 100.0% |
| B | A/R Trade, Net | 3,973 | 3,088 | 77.7% | | 3,482 | 87.6% |
| C | Inventory, Net | 18,813 | 4,480 | 23.8% | | 10,222 | 54.3% |
| D | Prepaid Maintenance Agreement | 1,007 | 0 | 0.0% | | 252 | 25.0% |
| E | Insurance Receivable Asbestos | 2,000 | 765 | 80.0% | | 1,755 | 100.0% |
| F | Excess Insurance Estimate | | 0 | 80.0% | | 4,652 | 100.0% |
| G | Deposits | 76 | 38 | 50.0% | | 57 | 75.0% |
| H | Property, Plant & Equipment | 8,617 | 8,056 | 93.5% | | 10,611 | 123.1% |
| | **Total Assets** | $ 34,557 | $ 16,497 | 48% | | $ 31,101 | 90% |

**Chapter 7 Administrative Claims**

| Notes | | | Low | | | High | |
|---|---|---|---|---|---|---|---|
| I | Trustee Fees | | $ 361 | | | $ 683 | |
| J | Trustee's Counsel and Related | | 230 | | | 559 | |
| K | Professional Fees | | 246 | | | 465 | |
| | Total Liquidation Costs | | 838 | | | 1,707 | |
| | **Net Proceeds Available to Creditors** | | $ 15,660 | | | $ 29,395 | |

**Estimated Recovery to Creditors**

| Notes | | | Low | Estimated Recovery Rate | | High | Estimated Recovery Rate |
|---|---|---|---|---|---|---|---|
| L | **Circor Secured Claim** | $ 14,261 | $ (14,261) | 100% | | $ (14,261) | 100% |
| M | **Priority Claims** | 380 | (380) | | | (380) | |
| N | **Priority Tax Claims** | 140 | (140) | | | (140) | |
| | Net Proceeds Available for Unsecured Creditors | | 879 | | | 15,134 | |
| O | Pre-Petition Accounts Payable | 1,089 | | | | | |
| P | Pre-Petition Accrued Liabilities | 667 | | | | | |
| Q | Pre-Petition Intercompany | 100 | | | | | |
| R | Pre-Petition Customer Deposits | 2,797 | | | | | |
| S | Pre-Petition Asbestos Claims | TBD | | | | | |
| | Total Unsecured Claims | | TBD | TBD | | TBD | TBD |

| **Estimated Recovery per Plan** | 100% | 100% |
|---|---|---|

## II. Assumptions and Notes ($ in thousands)

The Liquidation Analysis refers to certain categories of assets, liquidation costs, and claims. The following notes describe significant assumptions associated within each category.

**A. Cash & Cash Equivalents.** This represents cash and short-term investments held by the Debtor as of June 30, 2010. A 100% recovery for this asset is assumed.

**B. Third Party Accounts Receivable.** Third-Party Accounts Receivable represents amounts owed to the Debtor by various parties. The total accounts receivable balance is estimated to have a recovery rate between 77.7% and 87.6%.

**C. Inventory, Net.** Inventory at June 30, 2010 consist of the following:

|  | 6/30/10 | High | Low | | High | Low |
|---|---|---|---|---|---|---|
| Raw Materials | $ 9,884,808 | 50% | 25% | $ | 4,942,404 | $ 2,471,202 |
| WIP | 7,559,521 | 75% | 50% | | 5,669,641 | 3,779,760 |
| Cost to Finish WIP | | 15% | 25% | | (1,133,928) | (1,889,880) |
| Finished Goods | 2,500,210 | 75% | 50% | | 1,875,158 | 1,250,105 |
| Reserve | (1,131,472) | 100% | 100% | | (1,131,472) | (1,131,472) |
| | $ 18,813,067 | | | $ | 10,221,802 | $ 4,479,715 |
| **Blended Rate** | | | | | **54.3%** | **23.8%** |

Inventory represents the Debtor's supply of primarily steam pressure valves. Included in work-in-process is an additional expense of between $1.1 million and $1.9 million to complete the assembly of the products to a saleable condition. The estimated recovery for inventory is assumed to be between 23.8% and 54.3%.

**D. Prepaid Maintenance Agreement.** Prepaid Maintenance Agreement primarily includes legal and professional retainers. The Liquidation Analysis assumes a recovery rate of 0% and 25%, respectively.

**E. Insurance Receivable Asbestos.** The Debtor has $2.0 million in primary insurance available from one carrier in connection with its ongoing asbestos litigation. The analysis includes this receivable at its net present value, discounted at a rate of 5.5%. The NPV of this receivable is $765 and $1,755 respectively. A recovery rate of 80% and 100% is assumed.

**F. Excess Insurance Estimate.** The Debtor has approximately $48 million in excess insurance that may be available, based on claims paid and liability incurred. Depending on the percentage of claims paid, cash available to pay claims, and the continued solvency of the remaining excess insurer, management believes (on a net present value basis using the same discount rate as in E) they would not be eligible for excess insurance under the low model. Under the high model, we estimate the Debtor would recover an additional $4.7 million.

**G. Deposits.** The Debtor has various deposits with landlords and utility companies. The estimated recovery rate for this other asset is 50% and 75%, respectively.

**H. Property, Plant & Equipment.** This account consists primarily of land, buildings and manufacturing equipment. Management has estimated the fair market value of similar property to be between $35 and $45 per square foot in the Tampa, Florida area. The estimated recovery values for manufacturing equipment are estimated to be between 5% and 20% of current book values. The aggregate estimated recovery is assumed to be between 93.1% and 122.7%.

**I. Trustee Fees.** These include fees that would be payable to the Trustee by the Debtor in accordance with Section 326 of the Bankruptcy Code. Trustee Fees are estimated to be 2.2% of the total asset recovery value, excluding Cash and Cash Equivalents.

**J. Trustee's Counsel and Related.** This includes fees and expenses incurred by the Trustee's legal and professional counsel associated with the wind-down of the Debtors' estates. These fees are estimated to be between 1.4% and 1.8% of the total asset recovery value, excluding Cash and Cash Equivalents.

**K. Professional Fees.** This includes estimated expenses that would be incurred during the wind-down period, including wages and benefits for employed personnel, general overhead costs and professional fees. These fees are estimated to be 2.2% of the total asset recovery value, excluding Cash and Cash Equivalents.

**L. Circor Secured Claim.** The Debtor's intercompany transactions with Circor consist of the following: (i) ledger entries recorded to track the Debtor's cash receipts and Circor's funding of the Debtor's Disbursement Accounts and Funding Accounts; (ii) direct costs that consist of payments Circor makes directly on behalf of the Debtor; and (iii) allocated charges that consist of costs that Circor incurs directly for items such as (a) retirement plan contributions for the Debtor's employees, (b) health benefits for the Debtor's employees and (c) worker's compensation insurance for the Debtor's employees.

**M. Priority Claims.**  Consist of accrued employee wages, vacations, bonuses and payroll liabilities.

**N. Priority Tax Claims.**  Represents accrued sales and real property tax claims.

**O. Pre-Petition Accounts Payable.**  Primarily consists of third party vendors.  Assumed to be General Unsecured Claims.

**P. Pre-Petition Accrued Liabilities.**  Primarily consist of commissions payable and warranty reserve.  These amounts are assumed to be General Unsecured Claims.

**Q. Pre-Petition Intercompany Claims.**  Consists of the unsecured claims held by an affiliate of Leslie against Leslie or by Leslie against an affiliate of Leslie.

**R. Pre-Petition Customer Deposits.**  Consists of advances received from customers, such as the US Navy, to purchase inventory in connection with future sales.

**S. Pre-Petition Asbestos Claims.  Represents Leslie Asbestos PI claims.  Please refer to the Plan of Reorganization for definition.**