**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> LESLIE CONTROLS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-12199 (CSS) <br><br> **Related to Dkt. Nos. 130 and 132** |

**CENTURY INDEMNITY COMPANY'S NOTICE OF APPEAL**
**(APPOINTMENT OF FUTURE CLAIMANTS' REPRESENTATIVE AND**
**THE FCR'S CLAIMS EVALUATION CONSULTANTS)**

**NOTICE IS HEREBY GIVEN** that Century Indemnity Company ("Century"), a party in interest, hereby appeals to the U.S. District Court for the District of Delaware under 28 U.S.C. § 158(a) from both (i) the Bankruptcy Court's "Order Appointing a Legal Representative for Future Asbestos Personal Injury Claimants" (Dkt. No. 130), entered on August 11, 2010 and (ii) its "Order Authorizing the Future Claimants' Representative to Retain and Employ Analysis, Research, and Planning Corporation as Claims Evaluation Consultants" (Dkt. No. 132), entered on August 11, 2010 (together, the "Orders").

Other than appellant Century, the names of the parties believed to be interested in the Orders appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| | |
|---|---|
| **Norman L. Pernick** <br> **Marion M. Quirk** <br> Cole, Schotz, Meisel, Forman & Leonard <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> (302) 652-3117 | **Attorneys for Debtor Leslie Controls, Inc.** |

| | |
|---|---|
| **David M. Klauder**<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899<br>(302) 573-6491 | **United States Trustee** |
| **Edwin J. Harron**<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6600 | **Future Claimants' Representative** |
| **Natalie D. Ramsey**<br>Montgomery, McCracken, Walker & Rhoads<br>1105 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 504-7830 | **Official Committee of Unsecured Creditors** |

DATED:   August 19, 2010          Respectfully submitted,

          /s/ *Brian L. Kasprzak*
Brian L. Kasprzak  (No. 3846)
Michael F. Duggan  (No. 3269)
MARKS, O'NEILL, O'BRIEN AND COURTNEY, P.C.
913 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 658-6538
Facsimile: (302) 658-6537

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
Stacie B. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Attorneys for Century Indemnity Company

SF902133680