# SCHEDULE 1

# CIRCOR AFFILIATES

Schedule 1

Ateliers de Navarre, a French corporation
Atlas Productions Sarl, a Moroccan corporation
Bodet/Socitec Aero, a French corporation
Cambridge Fluid Systems Limited, a United Kingdom corporation
CEP Holdings Sarl, a Luxembourg limited liability company
CEP Holdings Sarl, a Luxembourg limited liability company
CFS Technology PTE Ltd., a Singapore limited liability company
CIRCOR (Jersey) Ltd., a United Kingdom Company
CIRCOR Aerospace, Inc., a Delaware corporation
CIRCOR Energy Pipeline Services, Inc., a Delaware corporation
CIRCOR Energy Products (Canada) ULC, an Alberta unlimited liability company
CIRCOR Energy Products, Inc., an Oklahoma corporation
CIRCOR German Holdings GmbH & Co. KG, a German private company
CIRCOR German Holdings Management GmbH, a German Closed corporation
CIRCOR German Holdings, LLC, a Massachusetts limited liability company
CIRCOR India Holdings BV, a Netherlands corporation
CIRCOR India LLC, a Delaware limited liability company
CIRCOR Instrumentation Ltd., a United Kingdom Company
CIRCOR Instrumentation Technologies, Inc., a New York corporation
CIRCOR International, Inc., a Delaware corporation
CIRCOR IP Holding Co., a Delaware corporation
CIRCOR Luxembourg Holdings Sarl, a Luxembourg limited liability company
CIRCOR, Inc., a Massachusetts corporation
De Martin Giuseppe & Figli Srl, an Italian company
Dopak Inc., a Texas corporation
Dovianus B.V., a Netherlands corporation
Hale Hamilton (Valves) Limited, a United Kingdom corporation
Hoke Handelsgesellschaft GmbH, a German corporation
Howitzer Acquisition Limited, a United Kingdom corporation
Industria S. A., a French limited liability company
Leslie Controls, Inc., a Delaware corporation
Motor Technology, Inc., an Ohio corporation
Nouvelle Industria, a French corporation
Patriot Holdings, Inc., a Colorado corporation
PE America, a Texas Limited Liability corporation
Pibiviesse Srl, an Italian company
Pipeline Engineering LTD, a United Kingdom corporation
Pipeline Engineering Supply Company Limited, a United Kingdom corporation
Pipeline Trustees LTD, a United Kingdom corporation
Polyurethane Engineering Products LTD, a United Kingdom corporation
Regeltechnik Kornwestheim GmbH, a German Closed corporation
RTK Control Systems Limited, a United Kingdom corporation
Sagebrush Pipeline Equipment Co., an Oklahoma corporation
Spence Engineering Company, Inc., a Delaware corporation

Suzhou KF Valve Co., Ltd., a Chinese foreign owned enterprise
Technoflux Sarl, a Moroccan corporation
Texas Sampling Inc., a Texas corporation

# SCHEDULE 2

## LESLIE AFFILIATES

Schedule 2

Ateliers de Navarre, a French corporation
Atlas Productions Sarl, a Moroccan corporation
Bodet/Socitec Aero, a French corporation
Cambridge Fluid Systems Limited, a United Kingdom corporation
CEP Holdings Sarl, a Luxembourg limited liability company
CEP Holdings Sarl, a Luxembourg limited liability company
CFS Technology PTE Ltd., a Singapore limited liability company
CIRCOR (Jersey) Ltd., a United Kingdom Company
CIRCOR Aerospace, Inc., a Delaware corporation
CIRCOR Energy Pipeline Services, Inc., a Delaware corporation
CIRCOR Energy Products (Canada) ULC, an Alberta unlimited liability company
CIRCOR Energy Products, Inc., an Oklahoma corporation
CIRCOR German Holdings GmbH & Co. KG, a German private company
CIRCOR German Holdings Management GmbH, a German Closed corporation
CIRCOR German Holdings, LLC, a Massachusetts limited liability company
CIRCOR India Holdings BV, a Netherlands corporation
CIRCOR India LLC, a Delaware limited liability company
CIRCOR Instrumentation Ltd., a United Kingdom Company
CIRCOR Instrumentation Technologies, Inc., a New York corporation
CIRCOR International, Inc., a Delaware corporation
CIRCOR IP Holding Co., a Delaware corporation
CIRCOR Luxembourg Holdings Sarl, a Luxembourg limited liability company
CIRCOR, Inc., a Massachusetts corporation
De Martin Giuseppe & Figli Srl, an Italian company
Dopak Inc., a Texas corporation
Dovianus B.V., a Netherlands corporation
Hale Hamilton (Valves) Limited, a United Kingdom corporation
Hoke Handelsgesellschaft GmbH, a German corporation
Howitzer Acquisition Limited, a United Kingdom corporation
Industria S. A., a French limited liability company
Leslie Controls, Inc., a Delaware corporation
Motor Technology, Inc., an Ohio corporation
Nouvelle Industria, a French corporation
Patriot Holdings, Inc., a Colorado corporation
PE America, a Texas Limited Liability corporation
Pibiviesse Srl, an Italian company
Pipeline Engineering LTD, a United Kingdom corporation
Pipeline Engineering Supply Company Limited, a United Kingdom corporation
Pipeline Trustees LTD, a United Kingdom corporation
Polyurethane Engineering Products LTD, a United Kingdom corporation
Regeltechnik Kornwestheim GmbH, a German Closed corporation
RTK Control Systems Limited, a United Kingdom corporation
Sagebrush Pipeline Equipment Co., an Oklahoma corporation
Spence Engineering Company, Inc., a Delaware corporation

Suzhou KF Valve Co., Ltd., a Chinese foreign owned enterprise
Technoflux Sarl, a Moroccan corporation
Texas Sampling Inc., a Texas corporation

# SCHEDULE 3

## WATTS AFFILIATES

Schedule 3

Actuated Controls Ltd., a United Kingdom corporation
Ames Holding Co. Delaware, a Delaware corporation
Ames Holdings, Inc., a Delaware corporation
Anderson Barrows Benelux BV, a Netherlands corporation
Anderson-Barrows Metals Corp., a California corporation
Black Automatic Controls Ltd., a United Kingdom corporation
Black Teknigas (Far East) Limited, a Hong Kong corporation
Black Teknigas Limited, a United Kingdom corporation
BLÜCHER Beteiligungs GmbH, a Germany holding company
BLÜCHER France SARL, a France corporation
BLÜCHER Germany GmbH, a Germany corporation
BLÜCHER Norway AS, a Norway corporation
BLÜCHER Sweden AB, a Sweden corporation
BLÜCHER UK LTD, a United Kingdom corporation
Blue Ridge Atlantic, Inc., a North Carolina corporation
BM Stainles Steel Drains Limited, a United Kingdom corporation
Canada SSI Equipment, International, a Canada corporation
Contromatics, Inc., a New Hampshire corporation
Core Industries, Inc., a Nevada corporation
DeMartin Srl, an Italy corporation
Dormont Manufacturing Company, a Pennsylvania corporation
Electro Controls Ltd., a United Kingdom corporation
Energy Analysis Controls, a Florida corporation
Flippen Valve Co., a California corporation
Flo-Safe, Inc., a Kansas corporation
Flowmatic Systems, Inc., a Florida corporation
Giuliani Anello S.r.l., an Italy corporation
Green Country Castings, an Oklahoma corporation
Gripp S.A.S., a France corporation
Hale Oilfield Products, a Texas corporation
Henry Pratt Company, an Illinois corporation
HF Scientific, Inc., a Florida corporation
Hunter Innovations Inc., a California corporation
IOG, Canada
Jameco Industries, Inc., a New York corporation
Jameco International, LLP, a New Jersey corporation
James Industries, Inc.
James Jones, Inc., a California corporation
Laboratory Enterprises, Inc., a Kansas corporation
Labranche Trucking, a New Hampshire corporation
Orion Enterprises, Inc., a Kansas corporation
Orion Fittings, Inc., a Kansas corporation
Philabel BV, a Netherlands corporation
Pibircesse SpA, an Italy corporation

Porquet S.A.S., a France corporation
Regtrol, Inc., a Delaware corporation
Rockford Valve Company, a Delaware corporation
Rudolph Labranche, Inc., a New Hampshire corporation
Sea Tech, Inc., a North Carolina corporation
SSI Equipment, Inc., a New York corporation
Suzhon Watts Valve (JV), a China entity
Taizhou Shida Plumbing Mfgt. Co. Ltd, a China corporation
Taras Valve Company, a South Carolina corporation
Teknigas Ltd., a United Kingdom limited liability company
Tianjim Tanggu Watts Valve (JV), a China entity
Tianjim Watts Valve Co. Ltd, a China limited liability company
W.O.F.E., China
W125, a United Kingdom corporation
Watts (Ningbo) International Trading Co., Ltd., a China limited liability company
Watts (Shanghai) Management Company Limited, a China limited liability company
Watts Automatic Control Valve
Watts Belgium Holding Bvba, a Belgium corporation
Watts Business Trust, a Massachusetts trust
Watts Canada Ltd., a Canada limited liability company
Watts Denmark Holding ApS, a Denmark corporation
Watts Denmark Holding ApS, a Denmark corporation
Watts Distribution Company, Inc., a Delaware corporation
Watts Drainage Products, Inc., a Delaware corporation
Watts Drainage Products, Inc., a North Carolina corporation
Watts Electronics S.A.S., a France corporation
Watts Europe Services BV, a Netherlands corporation
Watts Finance Company, a Delaware corporation
Watts Germany Holding GmbH, a Germany corporation
Watts Holding Sweden AB, a Sweden corporation
Watts Industries (Canada), Inc., an Ontario corporation
Watts Industries Belgium Bvba, a Belgium corporation
Watts Industries Bulgaria EAD, a Bulgaria corporation
Watts Industries Deutschland GmbH, a Germany corporation
Watts Industries Europe BV, a Netherlands corporation
Watts Industries France S.A.S., a France corporation
Watts Industries Iberica SA, a Spain corporation
Watts Industries Italia S.r.l., an Italy corporation
Watts Industries Luxembourg, a Luxembourg corporation
Watts Industries Netherlands BV, a Netherlands corporation
Watts Industries Nordic AB, a Sweden corporation
Watts Industries Tunisia S.A.S., a Tunisia corporation
Watts Industries U.K. Ltd., a United Kingdom corporation
Watts Industries, Inc., a Delaware corporation
Watts Industries, Sp. Z.o.o., a Poland corporation
Watts Instrumentation GmbH, a Germany corporation

Watts Intermes AG, a Switzerland corporation
Watts Intermes GmbH, an Austria corporation
Watts Intermes GmbH, an Austria corporation
Watts Intermes Srl, an Italy corporation
Watts International Sales Corp., a Massachusetts corporation
Watts Investment Company Canada Ltd., a Canada corporation
Watts Investment Company, a Delaware corporation
Watts Italy Holding S.r.l., an Italy corporation
Watts Londa SpA, an Italy corporation
Watts Microflex NV, a Belgium corporation
Watts Plumbing Technologies (Taizhou) Co., Ltd., a China limited liability company
Watts Premier, Inc., an Arizona corporation
Watts Radiant, Inc., a Delaware corporation
Watts Regulator Co., a Massachusetts corporation
Watts Sea Tech, Inc., a Delaware corporation
Watts Securities Corp., a Massachusetts corporation
Watts Spacemaker Inc., a California corporation
Watts U.K. Ltd., a United Kingdom corporation
Watts Valve (Changsha) Co., Ltd, a China limited liability company
Watts Valve (Ningbo) Co., Ltd., a China limited liability company
Watts Water Quality and Conditioning Products, Inc., a Delaware corporation
Watts Water Technologies, Inc., a Delaware corporation
Wattsco Int'l Ltd., a U.S.V.I. corporation
Webster Investment Company, a Delaware corporation
Webster Valve, Inc., a New Hampshire corporation
Wefco, a New Hampshire corporation