# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Leslie Controls, Inc., | Case No. 10-12199 (CSS) |
| Debtor.[1] | **Related Docket No. 172** |

## NOTICE OF FILING OF NONMATERIAL MODIFICATIONS TO FIRST AMENDED PLAN OF REORGANIZATION OF LESLIE CONTROLS, INC. UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE THAT** on September 13, 2010, Leslie Controls, Inc. (the "Debtor") filed certain nonmaterial modifications to Section 9.3 (The Asbestos PI Trust), Section 10.4 (Insurance Neutrality) and Section13.1 (Retention of Jurisdiction) of the First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed on August 20, 2010 (the "Plan") [Docket No. 172], attached hereto as Exhibit A. A blackline reflecting the revisions made to Sections 9.3, 10.4 and 13.1 of the Plan is attached hereto as Exhibit B.

Dated: September 13, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _/s/ Marion Quirk_
Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.

46392/0001-7000770v1

-and-

G. David Dean
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 230-0667

Counsel for the Debtor and Debtor in Possession