IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LESLIE CONTROLS, INC., | : | Case No. 10-12199 (CSS) |
| Debtor.[1] | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 12, 2010 AT 11:00 A.M. (ET)

UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION

1. Motion of the Official Committee of Unsecured Creditors for an Order Confirming That It is Not Authorized or Required to Provide Access to (I) Confidential Information of the Debtors or (II) Privileged Information to the Creditors it Represents filed September 16, 2010 [Docket No. 226]

    Response Deadline: September 30, 2010 at 4:00 p.m. (ET)

    Responses Filed: None

    Related Documents:

    A) Certification of No Objection regarding Docket No. 226 filed October 5, 2010 [Docket No. 308]

    B) Proposed Form of Order Regarding Docket No. 226

    Status: A Certification of No Objection has been filed. Accordingly, a hearing on this matter is not necessary unless the Court determines otherwise.

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.

2.  Debtor's Motion to Enlarge the Time Within Which the Debtor May File Notices of Removal of Claims and Causes of Action Related to the Debtor's Chapter 11 Proceeding filed September 24, 2010 [Docket No. 264]

    Response Deadline: October 5, 2010 at 4:00 p.m. (ET)

    Responses Filed: None

    Related Documents:

    A)  Certification of No Objection regarding Docket No. 264 filed October 7, 2010 [Docket No. 321]

    B)  Proposed Form of Order Regarding Docket No. 264

    Status: A Certification of No Objection has been filed. Accordingly, a hearing on this matter is not necessary unless the Court determines otherwise.

**CONTESTED MATTER – PLAN CONFIRMATION**

3.  First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed August 20, 2010 [Docket No. 172]

    Related Documents:

    A)  First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed August 20, 2010 [Docket No. 173]

    B)  Notice of Approval of (I) the Debtor's Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) a Confirmation Hearing Date and (IV) Procedures and Deadlines for Objecting to the Plan filed August 24, 2010 [Docket No. 176]

    C)  Notice of Filing of Nonmaterial Modifications to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed September 13, 2010 [Docket No. 213]

    D)  Plan Supplement to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed September 17, 2010 [Docket No. 238]

    E)  Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code to be filed by October 11, 2010

F) Response of Debtor to Various Objections to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code to be filed by October 21, 2010

G) Debtor's Memorandum of Law in Support of Confirmation to be filed by October 22, 2010

H) Debtor's Proposed Confirmation Order to be filed by October 22, 2010

Response Deadline: September 27, 2010 at 4:00 p.m. (ET); extended to October 8, 2010 at Noon for United States Trustee; extended to October 11, 2010 at 6:00 p.m. for New Jersey Manufacturers Insurance Company to file a joinder to objections filed by other insurance carriers

Responses:

A) The State of Michigan Department of Treasury's Objection to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed September 24, 2010 [Docket No. 261]

    Status: This objection is resolved.

B) Secured Creditor, the Estate of Richard Merrill's Objection to Confirmation of Debtor's Pre-Packaged Plan of Reorganization filed September 27, 2010 [Docket No. 267]

    Status: This objection is not resolved.

C) Objections of Winterthur Swiss Insurance Company and Yasuda Fire & Marine Insurance Company (U.K.), Ltd. to Confirmation of the First Amended Plan of Reorganization filed September 27, 2010 [Docket No. 268]

    Status: This objection is not resolved.

D) Objections of the United States Department of Defense to the Debtor's First Amended Plan of Reorganization filed September 27, 2010 [Docket No. 269]

    Status: This objection is resolved.

E) Century Indemnity Company's Objection to Confirmation of the First Amended Plan filed September 27, 2010 [Docket No. 270]

    Status: This objection is not resolved.

46392/0001-7050302v1

F) Objection of Fireman's Fund Insurance Company to First Amended Plan of Reorganization filed September 27, 2010 [Docket No. 271]

    i) Appendix to Objection of Fireman's Fund Insurance Company to First Amended Plan of Reorganization filed September 29, 2010 [Docket No. 278]

    Status: This objection is not resolved.

G) Joinder of National Union Fire Insurance Company of Pittsburg, PA. to Objection of Century Indemnity Company to the Debtors' First Amended Joint Plan Reorganization filed September 27, 2010 [Docket No. 272]

    Status: This objection is not resolved.

H) The Central National Insurance Company of Omaha's Joinder in Objections of Winterthur Swiss Insurance Company/Yasuda Fire & Marine Insurance Company and Century Indemnity Company to Confirmation of the Debtor's First Amended Plan of Reorganization filed October 1, 2010 [Docket No. 294]

    Status: This objection is not resolved.

I) Informal Response of the Pension Benefit Guaranty Corporation

    Status: This informal response is resolved.

J) Informal Response of the Department of Justice

    Status: This informal response is resolved.

Status: Confirmation of the Plan is contested and, as a result, counsel for the Debtor will indicate on the record that the confirmation hearing is continued until October 26, 2010 at 11:00 a.m.[1]

---

[1] The Debtor has filed a Motion to Strike the Objecting Insurers' Objections to Confirmation of the Debtor's First Amended Plan of Reorganization [Docket No. 284] and noticed this motion for hearing on October 26, 2010 at 11:00 a.m. (ET).

| | |
|---|---|
| Dated: October 8, 2010<br>Wilmington, Delaware<br><br>By: | **COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br><br>*/s/ Marion Quirk*<br>Norman L. Pernick (No. 2290)<br>Marion M. Quirk (No. 4136)<br>Sanjay Bhatnagar (No. 4829)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br><br>-and-<br><br>G. David Dean<br>300 East Lombard Street, Suite 2000<br>Baltimore, MD 21202<br>Telephone: (410) 230-0660<br>Facsimile: (410) 230-0667<br><br>Counsel for the Debtor and<br>Debtor in Possession |

46392/0001-7050302v1