# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LESLIE CONTROLS, INC., | Case No. 10-12199 (CSS) |
| Debtor.[1] | |

## DECLARATION OF STEPHENIE KJONTVEDT ON BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC, REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE FIRST AMENDED PLAN OF REORGANIZATION OF LESLIE CONTROLS, INC. UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Stephenie Kjontvedt, declare, under penalty of perjury:

1. I am a Vice President, Senior Consultant at Epiq Bankruptcy Solutions, LLC ("Epiq") located at 757 Third Avenue, New York, New York 10017. I am over the age of 18 years and not a party to the within action.

2. I submit this Declaration with respect to the *First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code*, dated August 20, 2010 [Docket No. 172] (the "Plan")[2]. Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (a) *Order Authorizing Debtor to Retain and Employ Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent*, dated July 14, 2010 [Docket No. 39], and (b) *Order (I) Approving the Adequacy of the Disclosure Statement; (II)*

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.
[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan or the Disclosure Statement Order (as defined below).

1

*Approving the Procedures to Solicit Acceptances of the Proposed Plan; (III) Scheduling a Confirmation Hearing and (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan*, dated August 19, 2010 [Docket No. 166] (the "Disclosure Statement Order"), Epiq was appointed to assist the Debtors in connection with, *inter alia*, soliciting, receiving, and tabulating Ballots accepting or rejecting the Plan.

4. Pursuant to the Plan, only holders of Claims in the following Class were entitled to vote to accept or reject the Plan:

| Class | Description |
|---|---|
| Class 4 | Asbestos PI Claims |

(the "Voting Class").

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed to solicit, review, determine the validity of, and tabulate Ballots submitted to vote for the acceptance or rejection of the Plan by the Holders of Claims in the Voting Class.

6. As specified in the Disclosure Statement Order, August 19, 2010 was established as the record date for determining the Holders of Claims in the Voting Class who would be entitled to vote on the Plan (the "Record Date").

7. In accordance with the Disclosure Statement Order, Epiq solicited the Holders of Claims in the Voting Class as of the Record Date. Epiq's *Affidavit of Service of Solicitation Materials* was filed with this Court on September 22, 2010 [Docket No. 251].

8. Ballots returned by mail, hand delivery, or overnight courier, were received by personnel of Epiq at the offices of Epiq in New York, New York. All Ballots received by Epiq

were date stamped upon receipt and were processed in accordance with the Disclosure Statement Order.

9. In order for a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant Holder, or such Holder's authorized representative, and must have been received by Epiq by the Voting Deadline of 5:00 p.m. prevailing Eastern Time on September 27, 2010. All validly executed Ballots cast by Holders of Claims in the Voting Class received by Epiq on or before the Voting Deadline were tabulated as outlined in the Disclosure Statement Order[3]. I declare that the results of the voting by Holders of Claims in the Voting Class are as set forth in Exhibit A-1 hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq. Attached as Exhibit A-2 is an alternate tabulation summary of voting results. The alternate summary counts the votes of Record Date Holders, and includes the excluded votes from parties that were not Record Date Holders described in footnote 4 below.

10. A report of all Ballots included in the Exhibit A-1 tabulation prepared by Epiq is attached as Exhibit B hereto.

11. A report of all Ballots not included in the Exhibit A-1 tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as Exhibit C hereto.[4]

---

[3] Each Asbestos PI claim was assigned a Value equal to the Average Value contained in the Asbestos PI Trust Distribution Procedures for the particular disease identified. The Asbestos PI Trust Distribution Procedures has two Claim types with Average Values; the (a) Leslie Power House and Below-Deck Naval Station Claims ("LPH & BD Claims") and the (b) Leslie Construction and Maintenance Claims (LC & M Claims"). Since the Claim type was not explicit on the ballots, each ballot was tabulated twice, once using the Average Value amount for LPH & BD Claims and again using the Average Value amount for the LC & M Claims, thereby resulting in two separate tabulation amount calculations.

[4] In addition to standard and customary exclusions, pursuant to the Disclosure Statement Order, any ballot submitted by a holder of a Class 4 Asbestos PI Claim that had not formally asserted a Leslie Asbestos PI Claim, a Derivative Liability Asbestos PI Claim or an Indirect Asbestos PI Claim in state or federal court by the Voting Record Date that did not contain both medical and exposure evidence sufficient, in the discretion of the Debtor and any official committee, to provide prima facie evidence of the merits of such claim unless the Debtor receives sufficient information, in the discretion of the Debtor and any official committee, after the ballot is received to support evidence of such claim, was not counted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: New York, New York
October 5, 2010

                                                  Stephenie Kjontvedt
                                                Vice President, Senior Consultant
                                                Epiq Bankruptcy Solutions, LLC

**Exhibit A-1**

Exhibit A-1

LESLIE CONTROLS, INC.

Tabulation Summary

## CLASS 4 ASBESTOS PI CLAIMS
### TOTAL BALLOTS COUNTED

| ACCEPT | | REJECT | |
|---|---|---|---|
| AMOUNT | COUNT | AMOUNT | COUNT |
| A. (Leslie Construction and Maintenance Claims Average Value) <br><br> B. (Leslie Power House and Below-Deck Naval Station Average Value) | | A. (Leslie Construction and Maintenance Claims Average Value) <br><br> B. (Leslie Power House and Below-Deck Naval Station Average Value) | |
| A. <br><br> $9,139,250.00 <br> 91.22% | 571 <br> 95.01% | A. <br><br> $880,000.00 <br> 8.78% | 30 <br> 4.99% |
| B. <br><br> $40,421,000.00 <br> 90.80% | | B. <br><br> $4,095,000.00 <br> 9.27% | |

**Exhibit A-2**

Exhibit A-2

LESLIE CONTROLS, INC.

Alternate Summary[1]

<table>
<tr><th colspan="4">CLASS 4 ASBESTOS PI CLAIMS</th></tr>
<tr><th colspan="2">ACCEPT</th><th colspan="2">REJECT</th></tr>
<tr><th>AMOUNT<br><br>A. (Leslie Construction and Maintenance Claims Average Value)<br><br>B. (Leslie Power House and Below-Deck Naval Station Average Value</th><th>COUNT</th><th>AMOUNT<br><br>A. (Leslie Construction and Maintenance Claims Average Value)<br><br>B. (Leslie Power House and Below-Deck Naval Station Average Value)</th><th>COUNT</th></tr>
<tr><td>A.<br><br>$49,530,000.00<br>97.73%</td><td rowspan="2">19,144<br>99.80%</td><td>A.<br><br>$1,150,000.00<br>2.27%</td><td rowspan="2">39<br>0.20%</td></tr>
<tr><td>B.<br><br>$188,487,500.00<br>97.24%</td><td>B.<br><br>$5,355,000.00<br>2.76%</td></tr>
</table>

---

[1] Includes the votes of Record Date Holders, and includes the excluded votes from parties that were not Record Date Holders.

**Exhibit B**

Exhibit B

## LESLIE CONTROLS, INC.

### Ballot Detail

| Name | Accept Count | Accept Amount (Leslie Construction and Maintenance Claims Average Value) | Accept Amount (Leslie Power House and Below-Deck Naval Station Average Value) | Reject Count | Reject Amount (Leslie Construction and Maintenance Claims Average Value) | Reject Amount (Leslie Power House and Below-Deck Naval Station Average Value) |
|---|---|---|---|---|---|---|
| ASHCRAFT & GEREL LLP | 7 | $145,000.00 | $630,000.00 | 0 | $0.00 | $0.00 |
| BELLUCK & FOX, LLP | 63 | $1,368,250.00 | $6,069,500.00 | 0 | $0.00 | $0.00 |
| BERGMAN, DRAPER & FROCKT | 3 | $48,000.00 | $195,000.00 | 0 | $0.00 | $0.00 |
| BRAYTON PURCELL, LLP | 16 | $104,500.00 | $418,000.00 | 0 | $0.00 | $0.00 |
| BROOKMAN, ROSENBERG, BROWN & SANDLER | 11 | $149,250.00 | $618,500.00 | 0 | $0.00 | $0.00 |
| COONEY & CONWAY | 63 | $1,558,750.00 | $7,092,000.00 | 0 | $0.00 | $0.00 |
| EARLY, LUDWICK, SWEENEY & STRAUSS LLC | 45 | $910,000.00 | $4,203,000.00 | 0 | $0.00 | $0.00 |
| FRENCH & MUDD | 7 | $190,000.00 | $875,000.00 | 0 | $0.00 | $0.00 |
| GORI JULIAN & ASSOCIATES, PC | 8 | $80,000.00 | $280,000.00 | 0 | $0.00 | $0.00 |
| HARTLEY & O'BRIAN | 1 | $30,000.00 | $140,000.00 | 0 | $0.00 | $0.00 |
| KAZAN, MCCLAIN, LYONS GREENWOOD & HARLEY | 4 | $120,000.00 | $560,000.00 | 0 | $0.00 | $0.00 |
| LESLIE INDIVIDUAL BALLOTS See note (1) below | 42 | $304,000.00 | $1,247,000.00 | 0 | $0.00 | $0.00 |
| LIPSITZ & PONTERIO, LLC | 5 | $130,000.00 | $595,000.00 | 0 | $0.00 | $0.00 |
| MOTLEY RICE, LLC | 5 | $81,250.00 | $354,500.00 | 0 | $0.00 | $0.00 |
| PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC | 12 | $253,750.00 | $1,168,500.00 | 0 | $0.00 | $0.00 |
| PORTER & MALOUF, PA | 45 | $95,250.00 | $356,000.00 | 0 | $0.00 | $0.00 |
| SCHROETER GOLDMARK & BENDER | 2 | $60,000.00 | $280,000.00 | 0 | $0.00 | $0.00 |
| SIEBEN POLK, PA | 2 | $60,000.00 | $280,000.00 | 0 | $0.00 | $0.00 |
| SIMON, EDDINS & GREENSTONE, LLP | 0 | $0.00 | $0.00 | 30 | $880,000.00 | $4,095,000.00 |
| THE LANIER LAW FIRM | 34 | $1,020,000.00 | $4,760,000.00 | 0 | $0.00 | $0.00 |
| THE RUCKDESCHEL LAW FIRM, LLC | 1 | $30,000.00 | $140,000.00 | 0 | $0.00 | $0.00 |
| THE SHEPARD LAW FIRM | 30 | $438,750.00 | $1,886,500.00 | 0 | $0.00 | $0.00 |
| THORNTON & NAUMES, LLP | 145 | $1,362,500.00 | $5,472,500.00 | 0 | $0.00 | $0.00 |
| WATERS & KRAUS, LLP | 20 | $600,000.00 | $2,800,000.00 | 0 | $0.00 | $0.00 |
| TOTALS | 571 | $9,139,250.00 | $40,421,000.00 | 30 | $880,000.00 | $4,095,000.00 |

(1) Ballots received from individual holders, names are not disclosed for privacy.

**Exhibit C**

Exhibit C

LESLIE CONTROLS, INC.

Report of Excluded Ballots

| Name | Accept Count | Accept Amount (Leslie Construction and Maintenance Claims Average Value) | Accept Amount (Leslie Power House and Below-Deck Naval Station Average Value) | Reject Count | Reject Amount (Leslie Construction and Maintenance Claims Average Value) | Reject Amount (Leslie Power House and Below-Deck Naval Station Average Value) | Comments |
|---|---|---|---|---|---|---|---|
| ASHCRAFT & GEREL LLP | 5 | $45,000.00 | $140,000.00 | 0 | | $0.00 | See note (1) below |
| BERGMAN, DRAPER & FROCKT | 191 | $4,552,000.00 | $20,589,000.00 | 0 | | $0.00 | See note (1) below |
| BRAYTON PURCELL, LLP | 9 | $65,250.00 | $174,000.00 | 0 | | $0.00 | See note (1) below |
| BROOKMAN, ROSENBERG, BROWN & SANDLER | 78 | $815,750.00 | $3,362,000.00 | 0 | | $0.00 | See note (1) below |
| GORI JULIAN & ASSOCIATES, PC | 313 | $3,130,000.00 | $10,955,000.00 | 0 | | $0.00 | See note (1) below |
| HARTLEY & OBRIAN | 5,337 | $11,722,500.00 | $42,216,000.00 | 0 | | $0.00 | See note (1) below |
| KAZAN, MCCLAIN, LYONS GREENWOOD & HARLEY | 19 | $266,500.00 | $1,345,000.00 | 0 | | $0.00 | See note (1) below |
| KEVIN GRAHAM LLC | 13 | $183,500.00 | $810,500.00 | 0 | | $0.00 | Ballot did not bear an original signature and see note (1) below |
| KEVIN GRAHAM LLC | 50 | $389,500.00 | $1,664,500.00 | 0 | | $0.00 | Ballot did not bear an original signature |
| LESLIE INDIVIDUAL BALLOTS See note (2) below | 44 | $327,250.00 | $1,415,500.00 | 0 | | $0.00 | See note (1) below |
| LESLIE INDIVIDUAL BALLOT See note (2) below | 1 | $30,000.00 | $140,000.00 | 0 | | $0.00 | Duplicate |
| MORRIS, SAKALARIOS, & BLACKWELL, PLLC | 8,613 | $11,677,250.00 | $38,440,000.00 | 0 | | $0.00 | See note (1) below |
| MOTLEY RICE, LLC | 2 | $40,000.00 | $175,000.00 | 0 | | $0.00 | See note (1) below |
| PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC | 8 | $240,000.00 | $1,120,000.00 | 0 | | $0.00 | See note (1) below |
| PORTER & MALOUF, PA | 3,910 | $6,338,250.00 | $22,707,000.00 | 0 | | $0.00 | See note (1) below |
| SCHROETER GOLDMARK & BENDER | 2 | $60,000.00 | $280,000.00 | 0 | | $0.00 | See note (1) below |
| SIMON, EDDINS & GREENSTONE, LLP | 0 | $0.00 | $0.00 | 9 | $270,000.00 | $1,260,000.00 | See note (1) below |
| SIMON, EDDINS & GREENSTONE, LLP | 0 | $0.00 | $0.00 | 2 | $60,000.00 | $280,000.00 | Duplicate |
| THE LANIER LAW FIRM | 24 | $720,000.00 | $3,360,000.00 | 0 | | $0.00 | See note (1) below |
| THORNTON & NAUMES, LLP | 7 | $61,000.00 | $248,000.00 | 0 | | $0.00 | See note (1) below |
| WATERS & KRAUS, LLP | 11 | $330,000.00 | $1,540,000.00 | 0 | | $0.00 | See note (1) below |
| WATERS & KRAUS, LLP | 4 | $120,000.00 | $560,000.00 | 0 | | $0.00 | Duplicate |

(1) Not a Record Date claim holder. Holder has not formally asserted a Leslie Asbestos PI Claim, a Derivative Liability Asbestos PI Claim or an Indirect Asbestos PI Claim in state or federal court by the Voting Record Date or submitted both medical and exposure evidence sufficient to provide prima facie evidence of the merits of such claim.

(2) Ballots received from individual holders, names are not disclosed for privacy.