**SIGN - IN - SHEET**

CASE NAME: Leslie Controls
CASE NO: 10-12199 (CSS)

COURTROOM LOCATION: 6
DATE: 10/12/10 AT 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marius Guive | Cole Schotz | Debtor |
| Brian L Kasprzak | Marks, O'Neill, O'Brien Courtney | Century Indemnity Co. |
| Sharon Zieg | Young Conaway Stargatt & Taylor | Futures Representative |
| David Lawrence | Pepper Hamilton | Circen Int'l |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: **10/12/2010**
Calendar Time: **11:00 AM ET**

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Leslie Controls, Inc. | 10-12199 | Hearing | 3790538 | Leslie A. Davis | 202-624-2500 | Crowell & Moring LLP | Creditor, Century Indemnity Company / LIVE |
| | | Leslie Controls, Inc. | 10-12199 | Hearing | 3790474 | Michael F. Duggan | (302) 658-6538 | Marks, O'Neill, O'Brien & Courtney, | Creditor, Century Indemnity Company / LIVE |
| | | Leslie Controls, Inc. | 10-12199 | Hearing | 3792711 | Yoav Griver | 212-826-5338 | Zeichner Ellman & Krause, LLP | Creditor, AIG / LIVE |
| | | Leslie Controls, Inc. | 10-12199 | Hearing | 3792703 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Creditor, AIG / LIVE |
| | | Leslie Controls, Inc. | 10-12199 | Hearing | 3790413 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Creditor, Century Indemnity Company / LIVE |
| | | Leslie Controls, Inc. | 10-12199 | Hearing | 3790487 | Mark Plevin | 202-624-2801 | Crowell & Moring LLP | Creditor, Century Indemnity Company / LIVE |
| | | Leslie Controls, Inc. | 10-12199 | Hearing | 3792771 | Arthur A. Powelones | (973) 912-5222 | Hardin, Kundla, McKeon & Poletto, | Interested Party, Winterthur Swiss Insurance Company; Yasuda Fire & Marine Insurance Company / LIVE |

John Socat