# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LESLIE CONTROLS, INC., | Case No. 10-12199 (CSS) |
| Debtor.[1] | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 26, 2010 AT 1:00 P.M. (ET)[2]
## AND CONTINUING OCTOBER 27 – 29, 2010 AT 9:30 A.M. (ET)

**CONTESTED MATTERS GOING FORWARD**

1.  First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed August 20, 2010 [Docket No. 172]

    Related Documents:

    A)  First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code With Respect to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed August 20, 2010 [Docket No. 173]

    B)  Notice of Approval of (I) the Debtor's Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) a Confirmation Hearing Date and (IV) Procedures and Deadlines for Objecting to the Plan filed August 24, 2010 [Docket No. 176]

    C)  Notice of Filing of Nonmaterial Modifications to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed September 13, 2010 [Docket No. 213]

    D)  Plan Supplement to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed September 17, 2010 [Docket No. 238]

    E)  Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the First

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.

[2] Pursuant to the Court's request, the hearing will begin at 1:00 p.m. (ET) on October 26, 2010.

Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed by October 8, 2010 [Docket No. 324]

F) Response of Debtor to Objections of Various Insurers to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed October 21, 2010 [Docket No. 348]

G) Debtor's Memorandum of Law in Support of Confirmation of the First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed by October 22, 2010 [Docket No. 349]

H) Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed by October 22, 2010 [Docket No. 350]

Response Deadline: September 27, 2010 at 4:00 p.m. (ET); extended to October 8, 2010 at Noon for United States Trustee; extended to October 16, 2010 for New Jersey Manufacturers Insurance Company to file a joinder to objections filed by other insurance carriers

Responses:

A) The State of Michigan Department of Treasury's Objection to First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code filed September 24, 2010 [Docket No. 261]

   Status: This objection is resolved.

B) Secured Creditor, the Estate of Richard Merrill's Objection to Confirmation of Debtor's Pre-Packaged Plan of Reorganization filed September 27, 2010 [Docket No. 267]

   Status: This objection is resolved.

C) Objections of Winterthur Swiss Insurance Company and Yasuda Fire & Marine Insurance Company (U.K.), Ltd. to Confirmation of the First Amended Plan of Reorganization filed September 27, 2010 [Docket No. 268]

   Status: This objection is not resolved.

D) Objections of the United States Department of Defense to the Debtor's First Amended Plan of Reorganization filed September 27, 2010 [Docket No. 269]

   Status: This objection is resolved.

E) Century Indemnity Company's Objection to Confirmation of the First Amended Plan filed September 27, 2010 [Docket No. 270]

    Status: This objection is not resolved.

F) Objection of Fireman's Fund Insurance Company to First Amended Plan of Reorganization filed September 27, 2010 [Docket No. 271]

    i) Appendix to Objection of Fireman's Fund Insurance Company to First Amended Plan of Reorganization filed September 29, 2010 [Docket No. 278]

    Status: This objection is not resolved.

G) Joinder of National Union Fire Insurance Company of Pittsburg, PA. to Objection of Century Indemnity Company to the Debtors' First Amended Joint Plan Reorganization filed September 27, 2010 [Docket No. 272]

    Status: This objection is not resolved.

H) The Central National Insurance Company of Omaha's Joinder in Objections of Winterthur Swiss Insurance Company/Yasuda Fire & Marine Insurance Company and Century Indemnity Company to Confirmation of the Debtor's First Amended Plan of Reorganization filed October 1, 2010 [Docket No. 294]

    Status: This objection is not resolved.

I) Joinder of New Jersey Manufacturers Insurance Company to Objections to Confirmation of the Debtor's First Amended Plan of Reorganization Filed by Fireman's Fund Insurance Company and Century Indemnity Company filed October 14, 2010 [Docket No. 335]

    Status: This objection is not resolved.

J) Informal Response of the Pension Benefit Guaranty Corporation

    Status: This informal response is resolved.

K) Informal Response of the Department of Justice

    Status: This informal response is resolved.

Status: This matter is going forward.

46392/0001-7091404v1

2.  Debtor's Motion to Strike the Objecting Insurers Objections to Confirmation of the Debtor's First Amended Plan of Reorganization filed September 30, 2010 [Docket No. 284]

    Related Documents:

    A)  Joinder of the Official Committee of Unsecured Creditors in the Debtor's Motion to Strike the Objecting Insurers Objections to Confirmation of the Debtor's First Amended Plan of Reorganization filed September 30, 2010 [Docket No. 293]

    B)  Joinder of James L. Patton, Jr., the Legal Representative for Future Claimants, to the Debtor's Motion to Strike the Objecting Insurers Objections to Confirmation of the Debtor's First Amended Plan of Reorganization filed October 1, 2010 [Docket No. 296]

    C)  Notice of Debtor's Motion to Strike the Objecting Insurers Objections to Confirmation of the Debtor's First Amended Plan of Reorganization filed October 5, 2010 [Docket No. 309]

    D)  Debtor's Reply to Certain Insurers' Opposition to Debtor's Motion to Strike the Objecting Insurers' Objections to Confirmation of the Debtor's First Amended Plan of Reorganization filed October 21, 2010 [Docket No. 346]

    Response Deadline:   October 19, 2010

    Responses:

    A)  Certain Insurers' Opposition to Debtor's Motion to Strike Insurers' Objections on Grounds of Purported Lack of Standing filed October 19, 2010 [Docket No. 343]

    Status:    This matter is going forward.

3.  Motion in Limine to Exclude the Expert Testimony of Charles H. Mullin filed by Leslie Controls, Inc., the Official Committee of Unsecured Creditors and the Future Claimants' Representative on October 15, 2010 [Docket No. 337]

    Related Documents:

    A)  Motion Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening the Time for Notice of the Hearing to Consider (I) the Motion in Limine to Exclude the Expert Testimony of Charles H. Mullin and (II) the Motion in Limine to Exclude the Expert Testimony of George L. Priest filed by Leslie Controls, Inc., the Official Committee of Unsecured Creditors and the Future Claimants' Representative on October 15, 2010 [Docket No. 339]

      i)        Insurers' Limited Objection to Plan Proponents' Motion to Shorten Notice and Objection Period for Motions in Limine to Exclude Testimony of Insurers' Experts filed October 18, 2010 [Docket No. 342]

Response Deadline:   The parties have agreed to a response deadline of 5:00 p.m. on October 25, 2010.

Responses:   None to date

Status:   This matter is going forward. The Parties request that the Court consider this Motion after the completion of the case-in-chief of the Debtor.

4.    Motion in Limine to Exclude the Expert Testimony of George L. Priest filed by Leslie Controls, Inc., the Official Committee of Unsecured Creditors and the Future Claimants' Representative on October 15, 2010 [Docket No. 338]

Related Documents:

A)    Motion Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening the Time for Notice of the Hearing to Consider (I) the Motion in Limine to Exclude the Expert Testimony of Charles H. Mullin and (II) the Motion in Limine to Exclude the Expert Testimony of George L. Priest filed by Leslie Controls, Inc., the Official Committee of Unsecured Creditors and the Future Claimants' Representative on October 15, 2010 [Docket No. 339]

      i)        Insurers' Limited Objection to Plan Proponents' Motion to Shorten Notice and Objection Period for Motions in Limine to Exclude Testimony of Insurers' Experts filed October 18, 2010 [Docket No. 342]

Response Deadline:   The parties have agreed to a response deadline of 5:00 p.m. on October 25, 2010.

Responses:   None to date

Status:   This matter is going forward. The Parties request that the Court consider this Motion after the completion of the case-in-chief of the Debtor.

Dated: October 22, 2010
Wilmington, Delaware

By: **COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**

*/s/ Marion Quirk*

Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and-

G. David Dean
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 230-0667

Counsel for the Debtor and
Debtor in Possession