IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LESLIE CONTROLS, INC.,<br><br>Debtor.[1] | Case No. 1:11-mc-00013 |

**ORDER AFFIRMING THE BANKRUPTCY COURT'S FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE SECOND CONFORMED FIRST AMENDED PLAN OF REORGANIZATION OF LESLIE CONTROLS, INC. UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon the Motion of the Debtor for an Order Affirming the Bankruptcy Court's Findings of Fact, Conclusions of Law, and Order Confirming the Second Conformed First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code (the "Motion");[2] upon consideration of the Confirmation Record, including the Confirmation Brief, the submissions of the Debtor and the Future Claimants' Representative; and based upon the record established at the hearing on this Motion; and upon the District Court finding that it has original and exclusive jurisdiction over this Bankruptcy Case pursuant to 28 U.S.C. § 1334(a), and for good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 524(g), the Bankruptcy Courts' Findings of Fact, Conclusions of Law, and Order Affirming the Second Conformed First Amended Plan of Reorganization of Leslie Controls, Inc. Under Chapter 11 of the Bankruptcy Code (the

---

[1] The last four digits of the Debtor's federal tax identification number are 3780.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

"Confirmation Order"), which is attached hereto as Exhibit 1, and the Second Conformed Plan, are hereby adopted, approved, and affirmed in all respects, including but not limited to, the Asbestos PI Channeling Injunction.

3. Within 21 days of entry of this Order, this Court intends to docket its Findings of Fact and Conclusions of Law in support of this Order (the "Affirmation Findings").

4. Any notice of appeal of this Order must be filed with the Court in accordance with Rule 4 of the Federal Rules of Appellate Procedures within 30 days after entry of the Affirmation Findings.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Affirmation Findings.

Dated February 7, 2011

*Jerome B. Simandle*
The Honorable Jerome B. Simandle
United States District Judge